IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DURRANT PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>ROSANNE CAMPBELL,<br><br>    Respondent. | 1:06-CV-01533 AWI JMD HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PETITIONER'S OBJECTIONS AND OPPOSITION TO PETITIONER'S MOTION TO AMEND<br><br>(DOCUMENT #35) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner filed objections to the Magistrate Judge's Findings and Recommendation and a motion to amend the petition on January 14, 2009.

On January 26, 2009, Respondent filed a motion to extend time to file a reply to Petitioner's objections and opposition to Petitioner's motion to amend. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

Respondent's Reply to Petitioner's Objections to Magistrate Judge's Findings and Recommendation and Respondent's Opposition to Petitioner's Motion to Amend shall be served and filed on or before February 17, 2009.

IT IS SO ORDERED.

**Dated:   January 27, 2009**           /s/ John M. Dixon
                                UNITED STATES MAGISTRATE JUDGE